

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DEBORAH DOMMERT**, on behalf of herself and a class of others similarly situated, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 1:06-CV-102 (Judge Folsom/Judge Giblin) |
| v. | § § | |
| **RAYMOND JAMES FINANCIAL SERVICES, INC.**, *et al.*, | § § § | |
| *Defendants*. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING MOTION FOR SUMMARY JUDGMENT**

The Court this matter to United States Magistrate Judge Keith F. Giblin at Beaumont, Texas, for hearing and submission of a recommended disposition on case-dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules for the United States District Court for the Eastern District of Texas.

On January 5, 2009, Judge Giblin issued his *Report and Recommendation on Motion for Summary Judgment* [Clerk's doc. #93]. Judge Giblin recommended that the Court grant the Defendants' motion for summary judgment on the Plaintiff's remaining claims under the Investment Advisers Act and enter judgment in favor of the Defendants.

To date, no party has filed objections to the magistrate judge's findings and recommendation. Accordingly, having reviewed the record and Judge Giblin's report, the Court agrees with the magistrate judge's findings and recommended disposition. The Court **ORDERS** that the *Report and Recommendation on Motion for Summary Judgment* [Clerk's doc. #93] is **ADOPTED.** Judge Giblin's findings and conclusions of law are incorporated in support of this order.

The Court further **ORDERS** that the *Defendants' Motion for Summary Judgment and Memorandum of Law in Support* [Clerk's doc. #79] is **GRANTED**. Final judgment will be entered separately.

**SIGNED this 3rd day of February, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE